Fred Kotek, appellee, v. Charles Kotek and Josephine Kotek, appellants. Gen. No. 39,084.

Opinion filed June 29, 1938.

Joseph J. Kroupa, for appellants. Otto A. Jaburek and James S. Wight, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Elsie Sanders, appellant, v. Metropolitan Life Insurance Company, appellee. Gen. No. 39,856.

Opinion filed June 29, 1938.

Frank E. Gettleman and Julius S. Neale, for appellant; Clarence T. Morse, of counsel. Hoyne, O'Connor & Rubinkam, for appellee; Nathaniel Rubinkam and William S. Allen, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Nathaniel Rubinkam, appellee, v. Glen Falls Indemnity Company, appellant. Gen. No. 39,868.

Opinion filed June 29, 1938.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter, Leslie H. Vogel and Richard H. Merrick, of counsel. Arthur J. J. Welsh, for appellee; William S. Allen, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Nellie Jones, appellee, v. City of Chicago, appellant. Gen. No. 39,915.

Opinion filed June 29, 1938. Rehearing denied July 12, 1938.

Barnet Hodes, Corporation Counsel, for appellant; Alexander J. Resa, Adam E. Patterson, Arthur Chittick and Lionel J. Berc, Assistant Corporation Counsel, of counsel. B. G. Clanton, for appellee.

Mr. Justice Hall delivered the opinion of the court.